JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRES GOMEZ, | ) Case No. CV 16-4451 FMO (FFMx) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) **JUDGMENT** |
| | ) |
| CICCERO'S PIZZA, INC., <u>et</u> <u>al.</u>, | ) |
| | ) |
|     Defendants. | ) |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 28th day of June, 2017.


                    /s/
                 Fernando M. Olguin
               United States District Judge